IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ARTHUR M. PACHECO                                                            PLAINTIFF

v.                                                                                    No. 2:05CV30-M-B

DR. TODD FINTCHER, H.S.A. TERRI JENNINGS,
SHARI KIMOTO & CORRECTIONS CORPORATION
OF AMERICA                                                                          DEFENDANTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 15, 2005, and the May 3, 2005, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated April 15, 2005, is hereby approved and adopted as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

3. That this case is **CLOSED.**

THIS, the 17th day of May 2005.

                                         /s/ Michael P. Mills
                                     **UNITED STATES DISTRICT JUDGE**